UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-21462-ALTMAN

**VICTOR ARIZA**,

　　　Plaintiff,

vs.

**RETAILING ENTERPRISES, LLC,
d/b/a INVICTA, a Florida limited
liability company**,

　　　Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

　　　Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice

that the parties have reached a settlement in this case.  Accordingly, the parties respectfully request

that the Court provide them thirty (30) days to finalize their settlement agreement and to submit the

dismissal document dismissing this case with prejudice.

　　　Dated:  June 2, 2025.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Lead Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL  33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |

By____*s/ Roderick V. Hannah*_____　　　　By ___*s/ Pelayo M. Duran*_____
　　　RODERICK V. HANNAH　　　　　　　PELAYO M. DURAN
　　　Fla. Bar No. 435384　　　　　　　　Fla. Bar No. 0146595

2

**GORDON REES SCULLY MANSUKHANI LLP**
Counsel for Defendant
1 Battery Park Plaza, 28th Floor
New York, New York 10004
T. 212/269-5500
Email: Hgriffin@grsm.com


By ___*/s/ Heather Griffin*_____
     HEATHER GRIFFIN
     Fla Bar No. 0111582