UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:25-cv-21462-ALTMAN

**VICTOR ARIZA**,

      Plaintiff,

vs.

**RETAILING ENTERPRISES, LLC,
d/b/a INVICTA, a Florida limited
liability company**,

      Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA and Defendant RETAILING ENTERPRISES, LLC, d/b/a INVICTA, through undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

      Dated:  July 2, 2025.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email:  rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| By___*s/ Roderick V. Hannah*_____ | By ___*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**GORDON REES SCULLY MANSUKHANI, LLP**
Counsel for Defendant
1 Battery Park Plaza, 28th Floor
New York, New York 10004
T. 212/269-5500
Email: Hgriffin@grsm.com


By ___/s/ Heather Griffin_____
      HEATHER GRIFFIN
      Fla Bar No. 0111582